```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                          )       CASE NO: 07-48092-399
                                )
CHARLES L LITTLE                )
                                )       CHAPTER 13
ROSEMARY LITTLE                 )
                                )
                 DEBTOR(S)      )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                WHICH ARE ENTITLED TO PAYMENT
```

       COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
PORTFOLIO ACQUISITIONS LLC
PO BOX 947                              $              38.92

BROOKFIELD WI
018874              53008-0947


                                /s/ John V. LaBarge, Jr.
                                -----------------------------------
DATE: May 31, 2011              JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
BG -091                         (314) 781-8100   trust33@ch13stl.com
```